# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FINESSE WIRELESS LLC, | § | Case No. 2:21-cv-316 |
| | § | |
| Plaintiff, | § | PATENT CASE |
| v. | § | |
| | § | |
| AT&T MOBILITY LLC, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

## NOTICE OF ATTORNEY APPEARANCE

Notice is given that the undersigned, Jeffery Scott Becker, hereby enters an appearance for AT&T Mobility LLC in the above-entitled case and requests that all future pleadings and papers be served on him through the Court's CM/ECF system.

Dated: September 24, 2021                    Respectfully submitted,

/s/ Jeffery Scott Becker
Jeffery Scott Becker
State Bar Number 24069354
Email: jeff.becker@bakerbotts.com
Baker Botts L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX  75201
Telephone: (214) 953-6500
Facsimile: (214) 661-6503

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 24th day of September, 2021 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(c).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first-class mail on this same date.

                                      */s/ Jeffery Scott Becker*
                                      Jeffery Scott Becker