IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FINESSE WIRELESS LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:21-CV-00316-JRG |
| | § | |
| AT&T MOBILITY LLC, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Joint Motion for Extension of Time to Comply with Local Patent Rule 4-3 (the "Motion") filed by Plaintiff Finesse Wireless, LLC, Defendants AT&T Mobility LLC and Cellco Partnership d/b/a Verizon Wireless, and Intervenor-Defendants Nokia of America Corporation and Ericsson Inc. (Dkt. No. 77.) In the Motion, the parties seek an extension of the deadline to comply with Local Patent Rule 4-3 until April 21, 2022. (*Id*. at 1.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. The deadline to comply with Local Patent Rule 4-3 is **extended** until April 21, 2022.

**So ORDERED and SIGNED this 19th day of April, 2022.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE