# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FINESSE WIRELESS, LLC | § § § | |
| Plaintiff, | § | |
| v. | § § | CASE NO. 2:21-CV-00316-JRG |
| | § | (LEAD CASE) |
| AT&T MOBILITY, LLC, | § § | |
| | § | CASE NO. 2:21-CV-00317-JRG |
| | § | (MEMBER CASE) |
| Defendant. | § § § | |
| | § | |
| FINESSE WIRELESS, LLC, | § § | |
| Plaintiff, | § § | |
| v. | § | |
| CELLCO PARTNERSHIP d/b/a | § | **JURY TRIAL DEMANDED** |
| VERIZON WIRELESS, | § § | |
| | § | |
| Defendant, | § § | |
| | § | |
| NOKIA OF AMERICA CORPORATION, | § § | |
| ERICSSON INC., | § | |
| Intervenors. | | |

## JOINT CLAIM CONSTRUCTION CHART PURSUANT TO P.R. 4-5(d)

Pursuant to P.R. 4-5(d) and the Docket Control Order (Dkt. 57), the parties hereby submit the Joint Claim Construction Chart attached as Exhibit A.

Dated: June 23, 2022

Respectfully submitted,

By: */s/ Joselph S. Grinstein*
    Joseph S. Grinstein – Lead Counsel
    Texas State Bar No. 24002188
    jgrinstein@susmangodfrey.com

By: */s/ Douglas M. Kubehl*
    Douglas M. Kubehl
    State Bar Number 00796909
    Email: doug.kubehl@bakerbotts.com
    Jeffery Scott Becker
    State Bar Number 24069354
    Email: jeff.becker@bakerbotts.com
    Stan Lewis

1

Shawn Blackburn
Texas State Bar No. 24089989
sblackburn@susmangodfrey.com
Meng Xi
California State Bar No. 280099
mxi@susmangodfrey.com
Megan E. Griffith
New York State Bar No. 5544309
mgriffith@susmangodfrey.com
Bryce T. Barcelo
Texas State Bar No. 24092081
bbarcelo@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

S. Calvin Capshaw
Texas State Bar No. 03783900
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
Texas State Bar No. 05770585
ederieux@capshawlaw.com
**CAPSHAW DERIEUX LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone (903) 845-5770

T. John Ward, Jr.
Texas State Bar No. 00794818
jw@wsfirm.com
Andrea Fair
Texas State Bar No. 24078488
andrea@wsfirm.com
Chad Everingham
Texas State Bar No. 00787447
ce@wsfirm.com
**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, Texas 75606
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

**ATTORNEYS FOR PLAINTIFF
FINESSE WIRELESS, LLC**

State Bar Number 24083389
Email: stan.lewis@bakerbotts.com
**Baker Botts L.L.P.**
2001 Ross Avenue, Suite
900 Dallas, TX 75201
Telephone: (214) 953-6500
Facsimile: (214) 661-6503

Brandon Chen
State Bar Number 24095814
Email: brandon.chen@bakerbotts.com
**Baker Botts L.L.P.**
910 Louisiana Street, Suite 3200
Houston, TX 77002
Telephone: (713) 229-1611
Facsimile: (713) 229-2811

Deron R. Dacus Texas Bar No. 00790553
Email: ddacus@dacusfirm.com
**THE DACUS LAW FIRM, P.C.**
821 ESE Loop 323, Suite
430 Tyler, TX 75701
Phone: (903) 705-1171
Fax: (903) 581-2543

**ATTORNEYS FOR DEFENDANT
AT&T MOBILITY LLC AND
INTERVENOR ERICSSON INC.**

By:   */s/ Ross Barton*
Ross R. Barton (NC Bar No. 37179)
J. Ravindra Fernando (NC Bar No. 49199)
**ALSTON & BIRD LLP**
101 South Tyron Street, Suite 4000
Charlotte, North Carolina, 28280
Phone: (704) 444-1000
Fax: (704) 444-1111
Email: ross.barton@alston.com
Email: ravi.fernando@alston.com

Adam Ahnhut (TX Bar No. 24106983)
**ALSTON & BIRD LLP**
Chase Tower
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Telephone: 214-922-3400

2

Facsimile: 214-922-3899
Email: adam.ahnhut@alston.com

Deron R. Dacus (Texas Bar No. 00790553)
**THE DACUS LAW FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1171
Fax: (903) 581-2543
Email: ddacus@dacusfirm.com

**ATTORNEYS FOR DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS**

By: */s/ Dave A. Nelson*

Scott Cole (State Bar No. 00790481)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
201 West 5th Street 11th Floor
Austin, Texas 78701
(713) 221-7006
(737) 667-6110 (facsimile)
scottcole@quinnemanuel.com

David A. Nelson
Brianne M. Straka
Marc Kaplan (IL State Bar No. 6303652)
Rajat Khanna (IL State Bar No. 6317120)
Harrison B. Rose (IL State Bar No. 6327523)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
191 N. Wacker Dr., Suite 2700
Chicago, IL 60606
(312) 705-7400
(312) 705-7401 (Facsimile)
davenelson@quinnemanuel.com
briannestraka@quinnemanuel.com
marckaplan@quinnemanuel.com
rajatkhanna@quinnemanuel.com
harrisonrose@quinnemanuel.com

**ATTORNEYS FOR INTERVENOR NOKIA OF AMERICA CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record are being served this June 23, 2022, with a copy of this document via CM/ECF.

*/s/ Meng Xi*
Meng Xi
