# Exhibit M

```
                                                              Page 1
 1                  UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
 2                       MARSHALL DIVISION
 3   ------------------------------------------------------------
                                  COURT FILE NO. 2:21-CV-00316-JRG
 4   FINESSE WIRELESS, LLC,
 5                  Plaintiff,
 6        v.
 7   AT&T MOBILITY, LLC,
 8                  Defendant.
 9   ------------------------------------------------------------
                                  COURT FILE NO. 2:21-CV-00317-JRG
10   FINESSE WIRELESS, LLC,
11                  Plaintiff,
12        v.
13   CELLCO PARTNERSHIP d/b/a
     VERIZON WIRELESS,
14
                    Defendant,
15
     NOKIA OF AMERICA CORPORATION,
16   ERICCSON, INC.,
17                  Intervenors.
     ------------------------------------------------------------
18
         TRANSCRIPT DEEMED CONFIDENTIAL, ATTORNEYS' EYES ONLY
19
                   REMOTE VIDEOTAPED DEPOSITION OF
20                       FRANCIS J. SMITH
21        DATE:  August 4, 2022
22        TIME:  10:30 a.m.
23        PLACE: Veritext Virtual Videoconference
24        REPORTED BY: Jill Garrison, RPR, Notary Public
25        VIDEOGRAPHER:  Justin Henricksen
```

| Page 18 | Page 20 |
|---|---|
| 1  optimal. | 1  And speed of light might be so damn close to zero, it |
| 2     Q. Okay.  Mr. Smith, could we jump over to the | 2  is; but technically, it would still be near real time, |
| 3  '775 patent, please? | 3  not zero. |
| 4     A. Certainly. | 4     Q. Okay.  So, Mr. Smith, I could read the end of |
| 5     Q. Sir, just like yesterday, I'm going to be | 5  the full portion of this element of Claim 1, but |
| 6  referring to U.S. Patent Number 9,548,775 as your '775 | 6  instead, I'm going to jump to the bottom of Claim 1. |
| 7  patent. | 7     A. Okay. |
| 8     A. That would be fine. | 8     Q. The last few clauses. |
| 9     Q. Okay.  And I would like to jump down to the | 9     A. Okay. |
| 10 claims in the '775 patent, please. | 10    Q. So, at the bottom of Column 16, it reads, |
| 11    A. I will go to that page.  Okay.  Column 16 at | 11 "wherein generating the ICSs is based on a power series |
| 12 the bottom. | 12 description of a nonlinear process for generating the |
| 13    Q. That's right. | 13 IMPs, and includes generating an N-th order ICS by, |
| 14    A. Okay. | 14 given three signals S1, S2, and S3 digitally |
| 15    Q. So, in Claim 1, the first element reads -- and | 15 multiplying and filtering," and then it continues on |
| 16 I am not going to read the whole thing but I will read | 16 from there.  I'm not going to read all that into the |
| 17 it in part -- reads, "... generating intermodulation | 17 record because that would hurt our court reporter's |
| 18 product (IMP) cancellation signals (ICSs) to cancel | 18 fingers, I think. |
| 19 passive IMPs in the receiver, continuously and near | 19    A. Okay. |
| 20 real time, using copies of transmitter signals of the | 20    Q. Do you see that though in the claim? |
| 21 transmitter," and it continues on from there. | 21    A. Yeah, you are actually over on Column 17? |
| 22    A. Okay. | 22    Q. Correct.  I went from the bottom of Column 16 |
| 23    Q. What does it mean to cancel passive IMPs in the | 23 to the top of Column 17. |
| 24 receiver continuously and near real time? | 24    A. Okay.  Yeah.  Go ahead. |
| 25    A. Yeah, okay.  When I'm canceling a signal, if | 25    Q. We talked about this a bit yesterday.  But can |

| Page 19 | Page 21 |
|---|---|
| 1  I'm not canceling it continuously, I'm not cleaning up | 1  you describe for me where the claim says "generating |
| 2  the signal.  I just have snap shots in time and that | 2  the ICSs is based on a power series description of a |
| 3  wouldn't be continuous.  So continuous means that it's | 3  nonlinear process for generating the IMPs --" |
| 4  always converging, it's always canceling on a | 4     A. Yes -- |
| 5  sample-by-sample basis of the incoming signals. | 5     Q. -- what does that mean? |
| 6     Rephrase your question to make sure I'm answering | 6     A. My apology.  Go ahead. |
| 7  the right one. | 7     Q. I was just finishing my question, which was, |
| 8     Q. Well, you're answering my question about | 8  what does that mean to you? |
| 9  continuously.  I also do have a question about near | 9     A. Okay.  Going back to com theory 101 we did |
| 10 real time though. | 10 yesterday on that paper you had on passive |
| 11    A. Okay.  Near real time, just the fact that you | 11 intermodulation which was describing the problem, they |
| 12 have any processing in a circuit, there is some finite | 12 show in there that, I think it was equation 2 actually |
| 13 delay.  So if I was to say real time, then it would say | 13 showed a power series expansion and then the |
| 14 there was zero delay in all the circuits.  But by | 14 co-efficients would be derived based on whatever the |
| 15 saying near real time means it's very, very close to | 15 curve and shape was.  So that's the power series |
| 16 real time for all practical purposes.  That's normally | 16 expansion right there from that com theory 101 paper |
| 17 what's dealt with in the industry, per se.  Near real | 17 you had. |
| 18 time, it's very, very close to zero delay, but if there | 18    Q. Got it.  And that is a description of a |
| 19 is a delay, it is really insignificant. | 19 nonlinear process because the nonlinear process is |
| 20    Q. What would the difference be between near real | 20 creating the passive IMPs? |
| 21 time and real time? | 21    A. Whenever you have co-efficients in there that |
| 22    A. Well, if you actually wanted to push, say, real | 22 are to any higher order than one, i.e., X-squared, |
| 23 time, that would mean there were no delays in the | 23 X-cubed, which you have in the power series expansion, |
| 24 circuits whatsoever, which is physically not possible. | 24 you now have a nonlinear process, because those are not |
| 25 You've always got the propagation of speed of light. | 25 lines, they're curves.  And you would be -- those are |

Page 22

1  actually the terms that create the intermods in the
2  process.
3      Q. Okay.  So the claim then continues on and says,
4  "... includes generating an N-th order ICS by, given
5  three signals S1, S2 and S3, digitally multiplying and
6  filtering," and I will paraphrase, combinations of S1,
7  S2 and S3?
8      A. That's correct; yes.
9      Q. What are the three signals, S1, S2, and S3?
10     A. Those three signals can be anything.  They can
11  be the same signal, they could be two different
12  signals, they could be three different signals.  The
13  bottom line is that to generate a third order intermod,
14  you need three multiplications of three signals.  If
15  they're all the same signal, you generate the intermod
16  right on top of the original signal and that's where
17  you get sidelobes on signals.  If two of the signals
18  are the same, then you get two F1 plus or minus F2, all
19  of the other things that we covered in the com 101
20  paper.  So you're just multiplying three signals
21  together and they can be anything.  If they happen to
22  fall into your signal-of-interest and they're
23  important, then you do something with them.  If they
24  don't, then you can just ignore them.
25     Q. So are the three signals source signals?

Page 23

1      A. Yes.
2      Q. If the --
3      A. In this paradigm which we have been speaking,
4  yes, they would be source signals that do create
5  intermods in a nonlinear process.
6      Q. So, let me ask you a couple of questions to try
7  to unpack your prior answer.  I think that you said
8  that the three signals can be anything.  Did I get that
9  right?
10     A. That is correct.
11     Q. But if S1 is S2, a product of S1, S2 wouldn't
12  actually make any intermodulation products that fell
13  anywhere outside of the source signal; right?
14     A. Incorrect.
15     Q. Why is that incorrect?
16     A. Because if S1, S2 are the same signal and you
17  don't have that third signal, then you'll still
18  generate a second linear intermod, not a third.  You
19  have to have three notifications, three signals.  They
20  can be the same signal; they can be different signals.
21  If they are all the same signal, then yes, the intermod
22  with three times the bandwidth will show up on top of
23  the signal with which we're speaking.  Every time you
24  multiply those together, you increase the bandwidth of
25  the intermod.

Page 24

1      Q. So if you have a source signal at F1, for
2  example --
3      A. Yes.
4      Q. -- and I suppose that's it.  And then you're
5  digitally filtering and multiplying S1 by itself two
6  times?
7      A. Three; got to be three to get a third one.
8      Q. Three times.  I think it was -- I wasn't trying
9  to trick you in that, it was just semantics.  I wasn't
10  sure whether the first multiplication counted.  Okay.
11  So, let's say that you have effectively S1 times S1
12  times S1.
13     A. Uh-huh, correct.
14     Q. Why would that be anything different than -- I
15  guess, I think you said that the bandwidth would expand
16  in that situation.
17     A. Every time you multiple signals together or
18  effectively convolve them, you add the bandwidths.  So
19  if I have one signal and I use it three times, the
20  bandwidth of the intermod will be three times the
21  bandwidth of that signal.  And that is exactly where
22  you generate sidelobes with a single-wide band signal
23  when you saturate an amplifier.  It is an intermod
24  floor.
25     Q. Can you show me where the digital

Page 25

1  multiplication and filtering of the source signals is
2  described in the specification?
3      A. Yes.  So, I can show you the block diagram so I
4  can be a little more clear.  Okay.  If you look at the
5  block diagram on the very first page, the top level.
6  And it gets duplicated later.  But if you looked at --
7  you filter out the source signals and then you --
8      Q. I apologize, Mr. Smith.  I hate to interrupt
9  you, but are you looking at the first page or are you
10  looking at a figure after the first page?
11     A. I'm looking at a figure on the first page.
12     Q. Okay.  Is there a larger one?
13     A. Yes, there is; Figure 6.
14     Q. Okay.  Thank you.  Okay.  So with respect to
15  Figure 6, please continue.
16     A. Okay.  So, first of all, you've got Block
17  Number 6034.  From there we've got our programmable
18  filters to isolate the source signals.  That's where we
19  get the source signals.  Okay?  Then in 6035, we
20  multiple these together.
21     Now, if you remember back to the com theory 101
22  paper we went through yesterday, you will generate a
23  whole series of intermods when you multiply F1 plus or
24  minus F2 you get the third, the fifth, everything else.
25  So, you generate a whole bunch of signals across that,

Veritext Legal Solutions
www.veritext.com                                              888-391-3376

Page 26

1  which I think was in their Figure 1, if I remember
2  correctly.  All right.  Then, but I've got all those
3  signals and I really don't want them all.  I only want
4  the ones that fall inside the signal-of-interest.  So I
5  filter them in 6036 with the signal-of-interest filter
6  so that I only have the intermods that are in-band that
7  I'm concerned about.  And then I go into my phase
8  adjustment and canceling circuit.  Somehow 6016 lost
9  the summing circuit, it is just a black figure.  I
10 don't know why.  But that's what's there.  Did that
11 answer your question?
12     Q. I have a couple follow-ups.
13     A. Okay.
14     Q. I didn't -- I'm still not seeing the portion of
15 this block diagram where it's describing a single
16 source signal creating intermodulation products?
17     A. Oh, okay.  You come right down below that,
18 which is the second process that can be used, where
19 I've got the signals and I cubed the signal.  So, if I
20 have multiple signals in there, I treat them as one
21 signal or as a composite signal.  I will generate all
22 the appropriate intermods.  And then so that X-cubed,
23 then I go into the signal-of-interest filter and I,
24 again, filter down to the intermods that are important
25 to me and then the down-sampling adjustment is to line

Page 27

1  up the samples.
2     Q. And you were referring there with the X-cubed
3  to Block 6031?
4     A. That's correct, uh-huh.  So, this block diagram
5  actually shows two ways of generating the interference
6  cancellation signals.  I can do either one.
7     Q. Is this process described in the written
8  portion of the specification?
9     A. Yes, it is.
10    Q. Can you direct me to that, please?
11    A. Give me a few minutes.  Okay.  Go to Column 15,
12 line 37.
13    Q. Okay.
14    A. And one embodiment of this invention, the
15 combined signal set from 6023 is up-sampled and cubed
16 to create all of the third order passive intermods.
17 And that's what you see in the block diagram with that
18 X-cubed.  It's making all of the signals together as a
19 composite signal, which it can do, as opposed to doing
20 them individually.  So the patent calls out doing it
21 both ways.
22    Q. Is there a reason that -- strike that.
23    What is the reason to call out three signals S1, S2
24 and S3 as opposed to 2 or 4 or 5?
25    A. Because I'm talking about third order intermods

Page 28

1  and I need three signals to do that.  I need three
2  multiplications.  If I have two signals, I will get a
3  second order intermod.  I can extend that to five, six,
4  seven signals and get the higher order intermods, or I
5  can use signals one, two, three multiple times and
6  create ninth order intermods.  But right here I was
7  talking about how to get to the third order, but it can
8  go to the end if I just multiple them more times.  So
9  if I have S1 times S2 times S3 times S3 times S2, I
10 would get a fifth order intermod.  And I can carry that
11 out infini up to the higher order as was shown in your
12 com theory 101 paper on the existence of passive
13 intermods.  Those are all in there.  It's all standard
14 practice.
15    Q. With respect to Column 15, lines 37
16 through 44 --
17    A. Yes.
18    Q. I'm trying to reference the paragraph you just
19 read from.
20    A. Okay.
21    Q. The line numbers and pens don't always line up
22 unfortunately.
23    A. Truly.
24    Q. So does this portion discuss having two signals
25 where one of the signals is -- strike that.  Let me try

Page 29

1  to ask a better question.
2     Q. Does this portion of the specification describe
3  having two signals, S1 and S2, and then calling one of
4  those two signals S3?
5     A. It can be.  S1, S2 could be the same signal,
6  they could be different signals, they're just three
7  signals used three times.  So, if I have S1, S2, S2,
8  then I have F1 plus or minus F2, my vagrancy location.
9  So there is still three multiplications.  The fact that
10 a signal is used more than once is standard com theory.
11 It's just three multiplications.  It's like we
12 discussed; S1, S2, S3 can all be the same signal and
13 you will still generate a third order intermod, which
14 you multiply it three times.
15    Q. Where is that described where S1 could be S2
16 and then you could also have S3?
17    A. I don't know that I explicitly call that out
18 that it's -- I would say it is totally obvious that
19 there are just three signals and it doesn't say they
20 have to be different signals.  There is no reason they
21 can't be the same signal.  In fact, if you look at your
22 com theory 101 paper again, going back to that, you
23 know, they deal with three signals.  Sometimes they're
24 the same, sometimes they're different.  It's just three
25 multiplications.

8 (Pages 26 - 29)

Page 30

1  Q. Mr. Smith, the portion we read from in the
2  specification on Column 15 is in a section titled,
3  Transmitter Active IMP Cancellations from Transmitted
4  Signals.  Do you see that?
5     A. Yes.
6     Q. So this section is discussing active IMP
7  cancellation as opposed to passive IMP cancellation; is
8  that right?
9     A. It kind of looks that way.  Let me find the
10 next one.
11    Q. Mr. Smith, I'm not trying to rush you, but just
12 like yesterday, if there is something you would like me
13 to search for, given that I have an OCR version here,
14 I'd be happy to do that.
15    A. It's not -- I just need time to read through it
16 very carefully.
17    Q. Okay.
18    A. I'm confident that it's here.  It's just that
19 you know how patents are.
20    Q. Sure.  Understood.
21    A. This may take a little while, but I'll try not
22 to take longer than necessary.
23    Q. Okay.  Thank you.
24    A. Okay.  Go to Column 12.
25    Q. Yes.

Page 31

1     A. Line 32.  And if we go through this paragraph,
2  I think this addresses it.  "The transmitter active IMP
3  cancellation process generates IMP signals, which they
4  could feed through and you could use them also.  When
5  the IMPs are generated in the HPA, they cancel and are
6  cancelled by the ICS.  Top level architecture --"
7  Okay.  Next one down.  "The individual digital signals
8  to be transmitted are received in Block 4023 where they
9  are digitally combined," which makes them one signal,
10 "and block converted to a digital IF or digitally
11 up-converted and then combined.  The 4022, the ICS
12 signals are created in one of two ways.  If the
13 transmitter will only have a few signals, then the
14 individual signals are digitally multiplied together to
15 create the ICS signals that are inverted and added to
16 the composite signal.  The IMP signals will be on the
17 order of 10s of dBs" -- Well, that doesn't matter.
18    "If there are a large" -- line 50.  "If there are a
19 large number of small signals creating the IMP floor,
20 then the composite signal samples from 4023 are cubed
21 and the result filtered to pass only the signals that
22 will be the in the passband of the transmitter.  The
23 ICS signals will be cancelled by the IMPs that are
24 generated," if they are not perfect at first.  "A
25 calibration loop will then perform a cross-correlation

Page 32

1  of the ICS with the HPA" -- Okay.  Not what I was
2  looking for.  I will go back and look.
3     Okay.  Also, in Column 14, line 29:  "The IMP
4  cancellation in the transmitter and the receiver are
5  fundamentally the same concept, but implemented" what's
6  generally described herein.
7     So, the whole idea of running the -- of cubing the
8  whole thing -- well, the issue right there in the black
9  diagram, it shows you using on the received path.  The
10 same for the transmitter or the receive path, you can
11 generate those signals.
12    So, when you're multiplying together and putting it
13 through a nonlinear function X-cubed, or if you are
14 using the same signal three times, you're cubing the
15 signal, and if you have a composite signal, it's doing
16 the same thing.
17    Q. Sir, could you explain a bit more about the
18 argument you just made, which is -- Well, I don't want
19 to mischaracterize your argument.  What was your
20 argument with respect to the IMP cancellation being the
21 same in the transmitter or receiver?
22    A. If I'm trying to pre-compensate for intermods
23 produced by the transmitter signals in-band, I get the
24 signals and cube them.  I do the same thing in Figure 6
25 where I show the signals being cubed as a composite

Page 33

1  signal.  So, whether I'm doing composite signals or an
2  intermod cancellation in the transmitter or I'm doing
3  composite signals, it's the same technique and the same
4  algorithm on both.
5     Q. So, are you saying that Figure 6 is in the
6  context of pre-distortion of the transmitter?
7     A. Figure 6 is in the concept of cleaning it up in
8  the receiver by taking the signals and cubing them.
9  Same thing could be done on the transmit.  Figure 6
10 shows it on the receive side, because I'm receiving the
11 transmit/receive signals in 6037, sampling them and
12 then up-sampling by 3X just so it's -- I have
13 resolution, and then cubing the signals, which is
14 cubing the composite signal because they're all mixed
15 in there together.  So the concept of combining the
16 signals and treating them as one signal and then cubing
17 them or putting them through a nonlinear function,
18 whether it's on the transmitter or receive side is the
19 same algorithm.  Figure 6 shows doing it on the receive
20 side.
21    Q. Okay.  I would like to go back down to Column
22 12 --
23    A. Okay.
24    Q. -- if you could.  That's where you directed me
25 to earlier.