IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FINESSE WIRELESS, LLC<br><br>Plaintiff,<br>v.<br><br>AT&T MOBILITY, LLC,<br><br>Defendant.<br><br>FINESSE WIRELESS, LLC,<br><br>Plaintiff,<br>v.<br>CELLCO PARTNERSHIP d/b/a<br>VERIZON WIRELESS,<br><br>Defendant.<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.,<br><br>Intervenors. | §§§§§§§§§§§§§§§§§§§§§§§§§§§ | CASE NO. 2:21-CV-00316-JRG<br>(LEAD CASE)<br><br>CASE NO. 2:21-CV-00317-JRG<br>(MEMBER CASE)<br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

**COVENANT NOT TO SUE AND JOINT MOTION TO DISMISS**

Plaintiff Finesse Wireless LLC ("Finesse") and Defendant Cellco Partnership d/b/a Verizon Wireless ("Verizon") hereby enter into the below stipulation in case no. 2:21-CV-00317 filed in the U.S. District Court for the Eastern District of Texas.

Finesse, on behalf of itself and any successor in interest of U.S. Patent Nos. 7,346,134 and 9,548,775 (the "Asserted Patents") and current or future affiliates, covenants not to sue Verizon or any of its successors in interest for infringement (direct or indirect) of the Asserted Patents based on the AHBCA, AHBCB, AHBCC, AHFIA, AHFIB, AHFIC, AHLBA, or AHLBBA Nokia radios (collectively, the "Galaxy Radio Products"), whether made, used, sold, offered for sale, imported,

or exported any time at or prior to the date of this covenant. Should Finesse or any successor in interest in either of the Asserted Patents sue Verizon or any of its successors in interest for infringement (direct or indirect) of either of the Asserted Patents based on the Galaxy Radio Products, then the covenant not to sue shall automatically and retroactively be regarded as a fully paid-up license to the Asserted Patents to make, use, sell, offer for sale, import, or export the Galaxy Radio Products through the date of this covenant.

This stipulation is being made: (1) for the purpose of conserving resources and avoiding costs associated with litigation; (2) in light of the low sales to Verizon of the Galaxy Radio Products; and (3) the Court's Order denying Finesse's motion for leave to supplement its infringement contentions to include a different Nokia radio product, the UHFA (AB).  In making this stipulation, Verizon does not admit that the Galaxy Radio Products infringe the Asserted Patents or that the Asserted Patents are valid or in any way enforceable, and Finesse does not admit that the Galaxy Radio Products do not infringe the Asserted Patents or that the Asserted Patents are invalid or in any way unenforceable.

In light of the above covenant not to sue, Finesse and Verizon hereby jointly move to dismiss all of Finesse's claims regarding the Asserted Patents and the Galaxy Radio Products without prejudice.

DATED: December 7, 2022 Respectfully submitted,

By:    */s/ Meng Xi*
    Joseph S. Grinstein – Lead Counsel
       Texas State Bar No. 24002188
       jgrinstein@susmangodfrey.com
    Shawn Blackburn
       Texas State Bar No. 24089989
       sblackburn@susmangodfrey.com
    Meng Xi
       California State Bar No. 280099
       mxi@susmangodfrey.com
    Megan E. Griffith
       New York State Bar No. 5544309
       mgriffith@susmangodfrey.com
    Bryce T. Barcelo
       Texas State Bar No. 24092081
       bbarcelo@susmangodfrey.com
    Thomas V. DelRosario
       Texas State Bar No. 24110645
       tdelrosario@susmangodfrey.com
**SUSMAN GODFREY LLP**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

S. Calvin Capshaw
    Texas State Bar No. 03783900
    ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
    Texas State Bar No. 05770585
    ederieux@capshawlaw.com
**CAPSHAW DERIEUX LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone (903) 845-5770

T. John Ward, Jr.
    Texas State Bar No. 00794818
    jw@wsfirm.com
Andrea Fair
    Texas State Bar No. 24078488
    andrea@wsfirm.com
Chad Everingham
    Texas State Bar No. 00787447
    ce@wsfirm.com

**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, Texas 75606
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

**ATTORNEYS FOR PLAINTIFF
FINESSE WIRELESS, LLC**


By: ___/s/ Ross R. Barton_____
Ross R. Barton – Lead Counsel
   NC Bar No. 37179
     Email: ross.barton@alston.com
J. Ravindra Fernando
   NC Bar No. 49199
     Email: ravi.fernando@alston.com
**ALSTON & BIRD LLP**
101 South Tyron Street, Suite 4000
Charlotte, North Carolina, 28280
Phone: (704) 444-1000
Fax: (704) 444-1111

Brady Cox
    TX Bar No. 24074084
      Email: brady.cox@alston.com
Adam Ahnhut
   TX Bar No. 24106983
     Email: adam.ahnhut@alston.com
**ALSTON & BIRD LLP**
Chase Tower
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Telephone: 214-922-3400
Facsimile: 214-922-3899

Deron R. Dacus
   Texas Bar No. 00790553
     Email: ddacus@dacusfirm.com
**THE DACUS LAW FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1171
Fax: (903) 581-2543

4

                                                **ATTORNEYS FOR DEFENDANT**
**CELLCO PARTNERSHIP D/B/A VERIZON**
**WIRELESS**

### CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Finesse Wireless, LLC and counsel for Cellco Partnership d/b/a Verizon Wireless have met and conferred and this motion is joint.

                         By:  */s/ Meng Xi*
                                Meng Xi

### CERTIFICATE OF SERVICE

I hereby certify that counsel of record are being served this December 7, 2022, with a copy of this document via CM/ECF or email.

                         By:  */s/ Meng Xi*
                                Meng Xi