# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FINESSE WIRELESS LLC | § | |
| | § | |
| v. | § | Case No. 2:21-CV-0316-JRG-RSP |
| | § | |
| AT&T MOBILITY LLC | § | |

## Final Pretrial Conference
### MAG. JUDGE ROY PAYNE PRESIDING
### December 15, 2022

**OPEN: 9:04 am**                                                                 **ADJOURN: 3:12 pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Andrea Fair |
| | Megan Griffith |
| | Meng Xi |
| | |
| ATTORNEY FOR DEFENDANTS: | Susan Kennedy |
| | Matthew Chuning |
| | Mike Jones |
| | Athena Dalton |
| | Brianne Straka |
| | Marc Kaplan |
| | |
| LAW CLERK: | Samuel Riebe |
| | |
| COURT REPORTER: | Shawn McRoberts |
| | |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Andrea Fair announced ready for plaintiff and introduced co-counsel. Mike Jones announced ready for Intervenor Nokia and introduced co-counsel.

The Court heard argument on Defendants' objections to Plaintiff's exhibits. Susan Kennedy, Brianne Straka, Marc Kaplan, Athena Dalton and Matthew Chuning argued for defendants. Meg Griffith, Meng Xi and Andrea Fair argued for plaintiff. The Court made rulings.

The parties then argued Plaintiff's objections to Defendants' exhibits. The Court made rulings.

The Court instructed the parties to exchange their proposed redactions to their respective exhibits on December 21, 2022 and their responses on December 28, 2022. The final pretrial conference will be held on January 4, 2023 at 9:00 am.