IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FINESSE WIRELESS LLC, § <br> § <br> Plaintiff, § <br> § <br> AT&T MOBILITY LLC, § <br> § <br> § <br> CELLCO PARTNERSHIP D/B/A § <br> VERIZON WIRELESS, § <br> § <br> Defendants, § <br> § <br> NOKIA OF AMERICA § <br> CORPORATION, § <br> § <br> ERICSSON, INC. § <br> § <br> Intervenors. § | CIVIL ACTION No. 2:21-CV-0316-JRG <br> (LEAD CASE) <br><br><br> CIVIL ACTION No. 2:21-CV-0317-JRG <br> (MEMBER CASE) |

**UNOPPOSED MOTION FOR WITHDRAWAL
OF ATTORNEYS MICHAEL E. JONES AND SHAUN W. HASSETT**

Intervenor Nokia of America Corporation ("Nokia") hereby moves for Michael E. Jones and Shaun W. Hassett, of Potter Minton, PC, to be permitted to withdraw as counsel for Nokia in this case. The withdrawal of Michael E. Jones and Shaun W. Hassett will not delay this proceeding and will not prejudice any party. Nokia is represented by Quinn Emanuel Urquhart & Sullivan, LLP and Deron R. Dacus of The Dacus Law Firm, P.C. Plaintiff is unopposed to the relief requested in this motion.

Nokia respectfully requests that the Court grant this Motion and enter an order permitting Michael E. Jones and Shaun W. Hassett to withdraw from this action as counsel for Intervenor Nokia of America Corporation.

{A07/10190/0003/W1809821.1 }

Dated:  December 22, 2022

Respectfully Submitted,

*/s/ Michael E. Jones*
Michael E. Jones
SBN: 10929400
Shaun W. Hassett
SBN: 24074372
**POTTER MINTON**
102 North College, Suite 900
Tyler, TX 75702
mikejones@potterminton.com
shaunhassett@potterminton.com
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

***Attorney for Intervenor***
***Nokia of America Corporation***

## CERTIFICATE OF CONFERENCE

    The undersigned hereby certifies that counsel for Nokia complied with the meet and confer requirement in Local Rule CV-7(i).  This motion is unopposed.

*/s/ Michael E. Jones*