IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FINESSE WIRELESS, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> AT&T MOBILITY, LLC, § <br> § <br> *Defendant*. § | Case No. 2:21-cv-00316-JRG-RSP <br> (Lead Case) |

## ORDER

Before the Court are three motions for summary judgment filed by Defendant AT&T Mobility, LLC and Intervenor Defendant Nokia of America Corporation (together, "Defendants"): (1) Motion for Summary Judgment for Non-Infringement of U.S. Patent No. 9,548,775 (Dkt. No. 134); (2) Motion for Summary Judgment for Non-Infringement of U.S. Patent No. 7,346,134 (Dkt. No. 135); and (3) Motion for Summary Judgment for Invalidity of the '775 Patent Asserted Claims (Dkt. No. 136).

On December 21, 2022, Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 241) recommending denial of the Summary Judgment Motions. Defendants filed the following objections to the Report and Recommendation: (1) objections to the recommendation denying the Motion for Summary Judgment for Non-Infringement of U.S. Patent No. 9,548,775 (Dkt. No. 248); (2) objections to the recommendation denying the Motion for Summary Judgment for Non-Infringement of U.S. Patent No. 7,346,134 (Dkt. No. 249); and (3) objections to the recommendation denying the Motion for Summary Judgment for Invalidity of the '775 Patent Asserted Claims (Dkt. No. 252).

After conducting a *de novo* review of the briefing on each of the summary judgment motions, the Report and Recommendation, and Defendants' objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the objections fail to show that the Report and Recommendations were erroneous.

Consequently, the Court **OVERRULES** Defendants' objections (Dkt. Nos. 248, 249, 252) and **ADOPTS** the Report and Recommendation (Dkt. No. 241).

**So ORDERED and SIGNED this 5th day of January, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE