IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FINESSE WIRELESS, LLC § | |
| § | |
| Plaintiff, § | |
| § | CASE NO. 2:21-CV-00316-JRG |
| v. § | |
| § | |
| AT&T MOBILITY, LLC, AND § | |
| § | |
| Defendants, § | |
| § | |
| NOKIA OF AMERICA CORP. § | |
| § | |
| Intervenor-Defendant. § | |

**JOINT STIPULATION AS TO PUBLIC AVAILABILITY OF
LUI REFERENCE**

Plaintiff Finesse Wireless LLC ("Plaintiff"), and Defendants AT&T Mobility, LLC and Nokia of America Corporation, through their undersigned counsel, stipulate to the public availability of "Passive Intermodulation Interference in Communication Systems" Electronics & Communications Engineering Journal, vol. 2, no. 3, by P.L. Lui ("Lui"). Lui was publicly available no later than July 27, 1990.

Accordingly, the parties respectfully request that the Court enter the Joint Stipulation.

DATED: January 5, 2023

By:   */s/ Joseph S. Grinstein*
    Joseph S. Grinstein – Lead Counsel
    Texas State Bar No. 24002188
    jgrinstein@susmangodfrey.com
    Shawn Blackburn
    Texas State Bar No. 24089989
    sblackburn@susmangodfrey.com
    Meng Xi
    California State Bar No. 280099
    mxi@susmangodfrey.com
    Megan E. Griffith
    New York State Bar No. 5544309
    mgriffith@susmangodfrey.com
    Bryce T. Barcelo
    Texas State Bar No. 24092081
    bbarcelo@susmangodfrey.com
    **SUSMAN GODFREY L.L.P.**
    1000 Louisiana Street, Suite 5100
    Houston, TX 77002
    Telephone: (713) 651-9366
    Facsimile: (713) 654-6666

    S. Calvin Capshaw
    Texas State Bar No. 03783900
    ccapshaw@capshawlaw.com
    Elizabeth L. DeRieux
    Texas State Bar No. 05770585
    ederieux@capshawlaw.com
    **CAPSHAW DERIEUX LLP**
    114 E. Commerce Ave.
    Gladewater, TX 75647
    Telephone (903) 845-5770

    T. John Ward, Jr.
    Texas State Bar No. 00794818
    jw@wsfirm.com
    Andrea Fair
    Texas State Bar No. 24078488
    andrea@wsfirm.com
    Chad Everingham
    Texas State Bar No. 00787447
    ce@wsfirm.com
    **WARD, SMITH & HILL, PLLC**

Respectfully submitted,

By:   */s/ Douglas M. Kubehl*
Douglas M. Kubehl
State Bar Number 00796909
Email: doug.kubehl@bakerbotts.com
Jeffery Scott Becker
State Bar Number 24069354
Email: jeff.becker@bakerbotts.com
Stan Lewis
State Bar Number 24083389
Email: stan.lewis@bakerbotts.com
**Baker Botts L.L.P.**
2001 Ross Avenue, Suite 900
Dallas, TX 75201
Telephone: (214) 953-6500
Facsimile: (214) 661-6503

Brandon Chen
State Bar Number 24095814
Email: brandon.chen@bakerbotts.com
**Baker Botts L.L.P.**
910 Louisiana Street, Suite 3200
Houston, TX 77002
Telephone: (713) 229-1611
Facsimile: (713) 229-2811

Deron R. Dacus Texas Bar No. 00790553
Email: ddacus@dacusfirm.com
**THE DACUS LAW FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1171
Fax: (903) 581-2543

**ATTORNEYS FOR DEFENDANT AT&T MOBILITY LLC**

By:   */s/ Brianne M. Straka*

Scott Cole (State Bar No. 00790481)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
201 West 5th Street 11th Floor
Austin, Texas 78701

1

<div style="display: flex;">
<div>

PO Box 1231
Longview, Texas 75606
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

**ATTORNEYS FOR PLAINTIFF
FINESSE WIRELESS, LLC**

</div>
<div>

(713) 221-7006
(737) 667-6110 (facsimile)
scottcole@quinnemanuel.com

David A. Nelson
Brianne M. Straka (IL State Bar No. 6300972)
Marc Kaplan (IL State Bar No. 6303652)
Rajat Khanna (IL State Bar No. 6317120)
Harrison B. Rose (IL State Bar No. 6327523)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
191 N. Wacker Dr., Suite 2700
Chicago, IL 60606
(312) 705-7400
(312) 705-7401 (Facsimile)
davenelson@quinnemanuel.com
briannestraka@quinnemanuel.com
marckaplan@quinnemanuel.com
rajatkhanna@quinnemanuel.com
harrisonrose@quinnemanuel.com

Deron R. Dacus Texas Bar No. 00790553
Email: ddacus@dacusfirm.com
**THE DACUS LAW FIRM, P.C.**
821 ESE Loop 323, Suite 430 Tyler, TX 75701
Phone: (903) 705-1171
Fax: (903) 581-2543

**ATTORNEYS FOR INTERVENOR
NOKIA OF AMERICA CORPORATION**

</div>
</div>

3

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record are being served this 5th day of January 2023, with a copy of this document via email.

By:  /s/ Brianne M. Straka
Brianne M. Straka