## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **FINESSE WIRELESS LLC** | § |
| | § |
| v. | § |
| | § CIVIL ACTION NO. 2:21-CV-00316-JRG-RSP |
| **AT&T MOBILITY LLC, et al** | § |

### MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 1
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### January 9, 2023

**OPEN:** 08:40 AM                                                                 **ADJOURN:** 05:44 PM

ATTORNEYS FOR PLAINTIFF:           See attached

ATTORNEYS FOR DEFENDANTS:      See attached

LAW CLERKS:                                        Katie Albanese
                                                             Ryan Davies
                                                             Samuel Riebe

COURT REPORTER:                           Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                    Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:40 AM | Court opened. Court's greeting, introduction and preliminary remarks to Jury Pool. |
| 08:52 AM | Court asked for announcements from the parties. |
| 08:53 AM | Court continued by providing case information and gave preliminary instructions to Jury Pool. |
| 09:04 AM | Prospective Jurors began introduction of themselves. |
| 09:33 AM | Court provided additional instructions to Jury Pool. |
| 09:36 AM | *Voir dire* on behalf of Plaintiff by Mr. Ward. |
| 10:07 AM | *Voir dire* on behalf of Defendants by Mr. Dacus. |
| 10:34 AM | Bench conference with counsel. |
| 10:37 AM | Bench conference completed. |
| 10:37 AM | Court instructions provided to Jury Pool. Court requested specific juror(s) to remain in courtroom while remainder of Jury Pool recessed. |
| 10:39 AM | Remainder of Jury Pool recessed. |
| 10:40 AM | Counsel approached bench. |
| 10:40 AM | Strike conference began with specifically named juror(s). |
| 10:51 AM | Strike conference concluded. Attorneys excused to exercise strikes. |
| 10:51 AM | Recess. |

| TIME | MINUTE ENTRY |
|---|---|
| 11:17 AM | Court reconvened. |
| 11:17 AM | Instructions given by the Court. Jurors selected. |
| 11:20 AM | Remainder of Jury Pool excused. Jurors sworn. Additional instructions given by the Court. |
| 11:23 AM | Additional instructions given by the Court. |
| 11:48 AM | Jury recessed for lunch. |
| 11:49 AM | Recess. |
| 12:58 PM | Court reconvened. |
| 12:58 PM | Court clarified instruction to counsel re: deadline for dispute binders. |
| 12:59 PM | Jury returned to courtroom. |
| 01:00 PM | Court gave preliminary instructions to Jury. |
| 01:35 PM | Notebooks provided to Jury. |
| 01:35 PM | Continuation of Court's preliminary instructions to Jury. |
| 01:42 PM | Plaintiff's opening statement by Mr. Grinstein. |
| 02:13 PM | Defendants' opening statement by Mr. Dacus. |
| 02:41 PM | Opening statements concluded. |
| 02:42 PM | Jury recessed for break. |
| 02:43 PM | Court made inquiry re: attendance of Nokia corporate representative. |
| 02:44 PM | Recess. |
| 02:59 PM | Court reconvened. |
| 03:00 PM | Jury returned to courtroom. |
| 03:00 PM | Rule invoked, excluding expert witnesses and corporate representatives. |
| 03:01 PM | Plaintiff's case-in-chief: |
| 03:01 PM | Witness sworn. Direct examination of Mr. Francis "Frank" Smith by Ms. Xi. |
| 04:18 PM | Cross examination of Mr. Francis "Frank" Smith by Mr. Nelson. |
| 04:50 PM | Redirect examination of Mr. Francis "Frank" Smith by Ms. Xi. |
| 04:56 PM | Completion of testimony of Mr. Francis "Frank" Smith. |
| 04:57 PM | Ms. Fair introduced the video deposition of Mr. Michael Calloway. |
| 05:09 PM | Video deposition of Mr. Michael Calloway concluded. |
| 05:09 PM | Ms. Fair introduced the video deposition of Mr. Daniel Edwards. |
| 05:21 PM | Video deposition of Mr. Daniel Edwards concluded. |
| 05:22 PM | Ms. Fair introduced the video deposition of Mr. David Brewer. |
| 05:27 PM | Video deposition of Mr. David Brewer concluded. |
| 05:27 PM | Ms. Fair introduced the video deposition of Mr. Alexander Casillas. |
| 05:40 PM | Video deposition of Mr. Alexander Casillas concluded. |
| 05:40 PM | Court provided instructions to the jury. |
| 05:41 PM | Jury recessed for the day until 8:30 AM tomorrow. |
| 05:42 PM | Court reminded the parties to continue with their meet and confer efforts re: overnight disputes. |
| 05:44 PM | Court adjourned. |