# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **FINESSE WIRELESS LLC** | § |
| | § |
| v. | §   CIVIL ACTION NO. 2:21-CV-00316-JRG-RSP |
| | § |
| **AT&T MOBILITY LLC, et al** | § |

### MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 2
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### January 10, 2023

**OPEN:** 08:30 AM                                                         **ADJOURN:**   05:45 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Katie Albanese<br>Ryan Davies<br>Samuel Riebe |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:30 AM | Court opened. |
| 08:30 AM | Exhibits used prior day read into the record. |
| 08:32 AM | Court addressed Dkt. No. 264 and made rulings as set forth in the record. |
| 08:38 AM | Jury entered the courtroom. |
| 08:39 AM | Witness sworn. |
| 08:39 AM | Off the record. |
| 08:40 AM | On the record. |
| 08:41 AM | Direct examination of Jonathan Wells, Ph.D. by Ms. Griffith. |
| 10:08 AM | Jury recessed for break. |
| 10:08 AM | Recess. |
| 10:31 AM | Court reconvened. |
| 10:32 AM | Jury returned to courtroom. |
| 10:32 AM | Continuation direct examination of Jonathan Wells, Ph.D. by Ms. Griffith. |
| 11:56 AM | Jury recessed for lunch. |
| 11:57 AM | Recess. |
| 01:03 PM | Court reconvened. |
| 01:04 PM | Jury returned to courtroom. |

| TIME | MINUTE ENTRY |
|---|---|
| 01:05 PM | Cross examination of Jonathan Wells, Ph.D. by Mr. Nelson. |
| 01:08 PM | Bench conference. |
| 01:09 PM | Bench conference concluded. |
| 01:09 PM | Continuation cross examination of Jonathan Wells, Ph.D. by Mr. Nelson. |
| 01:59 PM | Redirect examination of Jonathan Wells, Ph.D. by Ms. Griffith. |
| 02:04 PM | Completion of testimony of Jonathan Wells, Ph.D. |
| 02:04 PM | Witness affirmed. Direct examination of Dr. Coleman Bazelon by Ms. Fair. |
| 02:13 PM | Bench conference. |
| 02:15 PM | Bench conference concluded. |
| 02:15 PM | Continuation direct examination of Dr. Coleman Bazelon by Ms. Fair. |
| 03:17 PM | Jury recessed for break. |
| 03:18 PM | Court instructed counsel to meet and confer and jointly submit an updated proposed final jury instruction and verdict form by 3:00 PM tomorrow afternoon in Word format and transmitted to Court staff. |
| 03:19 PM | Recess. |
| 03:39 PM | Court reconvened. |
| 03:39 PM | Jury returned to courtroom. |
| 03:40 PM | Cross examination of Dr. Coleman Bazelon by Mr. Dacus. |
| 04:38 PM | Redirect examination of Dr. Coleman Bazelon by Ms. Fair. |
| 04:53 PM | Recross examination of Dr. Coleman Bazelon by Mr. Dacus. |
| 04:57 PM | Completion of testimony of Dr. Coleman Bazelon. |
| 04:57 PM | Witness sworn. Direct examination of Mr. Adam Loddeke (adverse witness) by Mr. Ward. |
| 05:42 PM | Jury recessed for the day until 8:30 AM tomorrow. |
| 05:43 PM | Court reminded the parties to continue with their meet and confer efforts re: overnight disputes. |
| 05:45 PM | Court adjourned. |