# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **FINESSE WIRELESS LLC** | § |
| v. | § |
| | §  CIVIL ACTION NO. 2:21-CV-00316-JRG-RSP |
| **AT&T MOBILITY LLC, et al** | § |

## MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 3
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### January 11, 2023

**OPEN:** 08:24 AM  **ADJOURN:** 06:08 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Katie Albanese<br>Ryan Davies<br>Samuel Riebe |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:24 AM | Court opened. |
| 08:25 AM | Exhibits used prior day read into the record. |
| 08:25 AM | An offer of proof was made by Mr. Dacus on behalf of Defendants. |
| 08:27 AM | Court made rulings as set forth in the record. |
| 08:30 AM | Jury entered the courtroom. |
| 08:31 AM | Cross examination of Mr. Adam Loddeke (adverse witness) by Mr. Dacus. |
| 08;59 AM | Bench conference. |
| 09:00 AM | Bench conference concluded. |
| 09:00 AM | Jury returned to jury room. |
| 09:00 AM | Off the record. |
| 09:11 AM | On the record. |
| 09:11 AM | Jury returned to courtroom. |
| 09:12 AM | Continuation cross examination of Mr. Adam Loddeke (adverse witness) by Mr. Dacus. |
| 09:25 AM | Redirect examination of Mr. Adam Loddeke (adverse witness) by Mr. Ward. |
| 09:42 AM | Recross examination of Mr. Adam Loddeke (adverse witness) by Mr. Dacus. |
| 09:44 AM | Completion of testimony of Mr. Adam Loddeke (adverse witness). |

| TIME | MINUTE ENTRY |
|---|---|
| 09:45 AM | Jury recessed for break. |
| 09:45 AM | Recess. |
| 10:02 AM | Court reconvened. |
| 10:02 AM | Jury returned to courtroom. |
| 10:03 AM | Plaintiff rested its case-in-chief. |
| 10:03 AM | AT&T's and Nokia's case-in-chief: |
| 10:03 AM | Witness sworn. |
| 10:04 AM | Direct examination of Mr. Mike Taylor by Mr. Nelson. |
| 10:55 AM | Cross examination of Mr. Mike Taylor by Mr. Ward. |
| 11:17 AM | Redirect examination of Mr. Mike Taylor by Mr. Nelson. |
| 11:23 AM | Completion of testimony of Mr. Mike Taylor. |
| 11:23 AM | Witness sworn. |
| 11:24 AM | Direct examination of Mr. Teddy Davis by Ms. Straka. |
| 11:38 AM | Bench conference. |
| 11:39 AM | Bench conference concluded. |
| 11:39 AM | Continuation direct examination of Mr. Teddy Davis by Ms. Straka. |
| 11:55 AM | Jury recessed for lunch break. |
| 11:55 AM | Recess. |
| 01:06 PM | Court reconvened. |
| 01:06 PM | Jury returned to courtroom. |
| 01:07 PM | Continuation direct examination of Mr. Teddy Davis by Ms. Straka. |
| 01:24 PM | Cross examination of Mr. Teddy Davis by Ms. Fair. |
| 02:06 PM | Redirect examination of Mr. Teddy Davis by Ms. Straka. |
| 02:12 PM | Completion of testimony of Mr. Teddy Davis. |
| 02:13 PM | Witness sworn. |
| 02:14 PM | Direct examination of Mr. James Proctor by Mr. Nelson. |
| 03:02 PM | Jury recessed for break. |
| 03:03 PM | Recess. |
| 03:28 PM | Court reconvened. |
| 03:28 PM | Jury returned to courtroom. |
| 03:29 PM | Continuation direct examination of Mr. James Proctor by Mr. Nelson. |
| 05:01 PM | Bench conference. |
| 05:02 PM | Bench conference concluded. |
| 05:02 PM | Jury recessed for break. |
| 05:02 PM | Recess. |
| 05:14 PM | Court reconvened. |
| 05:14 PM | Jury returned to courtroom. |
| 05:14 PM | Continuation direct examination of Mr. James Proctor by Mr. Nelson. |
| 05:30 PM | Cross examination of Mr. James Proctor by Mr. Grinstein. |
| 06:05 PM | Jury recessed for the day until 8:30 AM tomorrow. |
| 06:05 PM | Court clarified on the record re: exhibits previously offered by Mr. Ward and Mr. Grinstein on behalf of Plaintiff.  Rulings were made as set forth in the record. |
| 06:08 PM | Court reminded the parties to continue with their meet and confer efforts re: overnight disputes. |
| 06:08 PM | Court adjourned. |