IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FINESSE WIRELESS, LLC | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 2:21-CV-00316-JRG |
| AT&T MOBILITY, LLC, | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § § | |

# PROPOSED VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions.  Your answers to each question must be unanimous.  Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions.  You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "**Plaintiff**" or "**Finesse**" refers to Finesse Wireless, LLC.
- "**Defendant**" or "**AT&T**" refers to AT&T Mobility, LLC.
- **"Intervenor"** or **"Nokia"** refers to Nokia of America Corporation.
- **"Defendants"** refers to AT&T and Nokia.
- The "**'134 Patent**" refers to U.S. Patent No. 7,346,134.
- The "**'775 Patent**" refers to U.S. Patent No. 9,548,775.
- The "**Asserted Patents**" refers collectively to the '134 Patent and the '775 Patent.
- The "**Asserted Claims**" refers collectively to Claims 1, 2, and 3 of the '134 Patent and Claims 1, 4, 9, 16, 21, 29, and 36 of the '775 Patent.

# **IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM**

# **READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM**

**QUESTION NO. 1 Infringement**[1]

Did the Plaintiff, Finesse, prove by a preponderance of the evidence that the Defendants, AT&T and Nokia, infringed any of the following Asserted Claims?

U.S. Patent No. 7,346,134

| | | |
|---|---|---|
| Claim 1: | YES: _____ | NO: _____ |
| Claim 2: | YES: _____ | NO: _____ |
| Claim 3: | YES: _____ | NO: _____ |

U.S. Patent No. 9,548,775

| | | |
|---|---|---|
| Claim 1: | YES: _____ | NO: _____ |
| Claim 4: | YES: _____ | NO: _____ |
| Claim 9: | YES: _____ | NO: _____ |
| Claim 16: | YES: _____ | NO: _____ |
| Claim 21: | YES: _____ | NO: _____ |
| Claim 29: | YES: _____ | NO: _____ |
| Claim 36: | YES: _____ | NO: _____ |

---

[1] Plaintiff's proposals are in YELLOW. Defendants' proposals are in BLUE. Agreed proposals are not highlighted.

## QUESTION NO. 2

Did the Defendants, AT&T and Nokia, prove by clear and convincing evidence that any of the following Asserted Claims are invalid?

<u>U.S. Patent No. 7,346,134</u>

  Claim 1: **YES**: _____  **NO**: _____

  Claim 2: **YES**: _____  **NO**: _____

  Claim 3: **YES**: _____  **NO**: _____

<u>U.S. Patent No. 9,548,775</u>

  Claim 1: **YES**: _____  **NO**: _____

  Claim 4: **YES**: _____  **NO**: _____

  Claim 9: **YES**: _____  **NO**: _____

  Claim 16: **YES**: _____  **NO**: _____

  Claim 21: **YES**: _____  **NO**: _____

  Claim 29: **YES**: _____  **NO**: _____

  Claim 36: **YES**: _____  **NO**: _____

**Answer Question No. 3 ONLY as to any Asserted Claim that you have found BOTH to be infringed AND not invalid.**

**QUESTION NO. 3**

What sum of money, if paid now in cash, has Finesse, the Plaintiff, proven by a preponderance of the evidence that the Defendants, AT&T and Intervenor-Defendant Nokia would compensate Finesse for [the] [their] infringement of the patents-in-suit [that you have found]?

Answer in United States Dollars and Cents, if any:

$ _____

The above sum of money is:

    \_\_\_\_ A lump sum royalty for the life of the patent(s)

    \_\_\_\_ A running royalty through 2022

## FINAL PAGE OF THE JURY VERDICT FORM

You have now reached the end of the Verdict Form and should review it to ensure that it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this _____ day of January, 2023.

_____
Jury Foreperson