## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

**FINESSE WIRELESS LLC** §
§
v. §  CIVIL ACTION NO. 2:21-CV-00316-JRG-RSP
§
**AT&T MOBILITY LLC, et al** §

### MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 4
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### January 12, 2023

**OPEN:** 08:30 AM                                                              **ADJOURN:** 04:57 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Katie Albanese<br>Ryan Davies<br>Samuel Riebe |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:30 AM | Court opened. |
| 08:30 AM | Exhibits used prior day read into the record. |
| 08:32 AM | Jury entered the courtroom. |
| 08:33 AM | Continuation cross examination of Mr. James Proctor by Mr. Grinstein. |
| 08:59 AM | Redirect examination of Mr. James Proctor by Mr. Nelson. |
| 09:07 AM | Bench conference. |
| 09:08 AM | Bench conference concluded. |
| 09:08 AM | Continuation redirect examination of Mr. James Proctor by Mr. Nelson. |
| 09:21 AM | Recross examination of Mr. James Proctor by Mr. Grinstein. |
| 09:22 AM | Completion of testimony of Mr. James Proctor. |
| 09:22 AM | Witness sworn. |
| 09:23 AM | Direct examination of Stephen Becker, Ph.D. by Mr. Dacus. |
| 09:34 AM | Jury recessed for break. |
| 09:35 AM | Recess. |
| 09:49 AM | Court reconvened. |
| 09:49 AM | Jury returned to courtroom. |
| 09:50 AM | Continuation direct examination of Stephen Becker, Ph.D. by Mr. Dacus. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:42 AM | Cross examination of Stephen Becker, Ph.D. by Ms. Fair. |
| 11:33 AM | Redirect examination of Stephen Becker, Ph.D. by Mr. Dacus. |
| 11:46 AM | Bench conference. |
| 11:48 AM | Bench conference concluded. |
| 11:48 AM | Continuation redirect examination of Stephen Becker, Ph.D. by Mr. Dacus. |
| 11:49 AM | Recross examination of Stephen Becker, Ph.D. by Ms. Fair. |
| 11:52 AM | Additional redirect examination of Stephen Becker, Ph.D. by Mr. Dacus. |
| 11:53 AM | Completion of testimony of Stephen Becker, Ph.D. |
| 11:54 AM | Defendants rested their case-in-chief. |
| 11:54 AM | Plaintiff offered no rebuttal witnesses. |
| 11:54 AM | Both sides rested. |
| 11:54 AM | Court provided instructions to Jury. |
| 11:56 AM | Jury excused for the remainder of the day to return tomorrow at 8:30 AM. |
| 11:56 AM | Court will take up Rule 50(a) motions following lunch break. |
| 12:00 PM | Recess for lunch break. |
| 01:04 PM | Court reconvened. |
| 01:04 PM | Court took up Rule 50(a) motions. |
| 01:04 PM | Court provided instruction to the parties re: hearing of Rule 50(a) motions. |
| 01:08 PM | Court began hearing argument on Rule 50(a) motions and made rulings as set forth in the record. |
| 01:55 PM | Arguments concluded. |
| 01:56 PM | Completion of Rule 50(a) motions hearing. |
| 01:57 PM | Informal charge conference to be held in chambers (off the record) following recess. |
| 01:58 PM | Recess. |
| 04:22 PM | Court reconvened. |
| 04:25 PM | Formal charge conference started. |
| 04:25 PM | Ms. Xi argued for Plaintiff and Ms. Kennedy argued for Defendants. |
| 04:56 PM | Formal charge conference completed. |
| 04:57 PM | Court adjourned. |