

**2:21-cv-00316-JRG**
Finesse Wireless LLC v AT&T Mobility LLC et al
January 12, 2023 at 8:30 AM
Trial -- Day 4

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Johnny Ward | Finesse |
| Andrea Fair | |
| Joseph Grinstein | |
| Meng Xi | |
| Meg Griffith | |
| Shawn Blackburn | |
| Dave Nelson | Nokia / AT&T |
| Deron Dacus | |
| Brianne Straka | |
| Doug Kubehl | |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Francis Smith | Finesse |
| Adam Loddeke | AT&T |