# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FINESSE WIRELESS LLC § | |
| § | |
| v. § | CIVIL ACTION NO. 2:21-CV-00316-JRG-RSP |
| § | |
| AT&T MOBILITY LLC, et al § | |

## MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 5
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### January 13, 2023

**OPEN:** 08:33 AM  **ADJOURN:** 02:53 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Katie Albanese |
| | Ryan Davies |
| | Samuel Riebe |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:33 AM | Court opened. |
| 08:33 AM | Exhibits used prior day read into the record. |
| 08:35 AM | Jury entered the courtroom. |
| 08:36 AM | Court provided instructions to Jury. |
| 09:38 AM | Closing argument by Plaintiff's counsel, Mr. Grinstein |
| 10:04 AM | Closing argument by Defendants' counsel, Mr. Nelson. |
| 10:28 AM | Additional closing argument by Defendants' counsel, Mr. Dacus. |
| 10:45 AM | Closing rebuttal argument by Plaintiff's counsel, Mr. Ward. |
| 10:59 AM | Closing arguments concluded. |
| 10:59 AM | Court gave final instructions to the Jury. |
| 11:04 AM | Jury retired to jury room to deliberate. |
| 11:05 AM | Court recessed. |
| 11:59 AM | Court reconvened. |
| 11:59 AM | Court informed counsel of a Jury note received by the Court. |
| 12:00 PM | Off the record. |
| 12:01 PM | On the record. |
| 12:01 PM | Discussion with counsel by the Court. |

| TIME | MINUTE ENTRY |
|---|---|
| 12:02 PM | Off the record. |
| 12:07 PM | On the record |
| 12:07 PM | Court read into the record response to Jury Note No. 1. |
| 12:09 PM | Court instructed CSO to hand-deliver response to Jury. |
| 12:09 PM | Recess. |
| 01:50 PM | Court reconvened. |
| 01:51 PM | Court informed counsel of a Jury note received by the Court. |
| 01:53 PM | Court read into the record response to Jury Note No. 2. |
| 01:53 PM | Court instructed CSO to hand-deliver response to Jury. |
| 01:53 PM | Recess. |
| 02:40 PM | Court reconvened. |
| 02:41 PM | Jury entered the courtroom. |
| 02:43 PM | Court announced the verdict into the record. |
| 02:46 PM | Jurors polled representing a unanimous verdict. |
| 02:47 PM | Jurors released and excused by the Court. |
| 02:53 PM | Court adjourned. |