IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FINESSE WIRELESS, LLC, §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>AT&T MOBILITY, LLC, §<br>§<br>*Defendant*, §<br>§<br>NOKIA OF AMERICA CORPORATION, §<br>§<br>*Intervenor*. § | CIVIL ACTION NO. 2:21-CV-00316-JRG-RSP |

## FINAL JUDGMENT

A jury trial commenced in the above-captioned case on January 9, 2023, and on January 13, 2023, the jury reached and returned its unanimous verdict finding that Defendant AT&T Mobility, LLC ("AT&T") infringed Claims 1, 2, and 3 of U.S. Patent No. 7,346,134 (the "'134 Patent") and Claims 1, 4, 9, 16, 21, 29, and 36 of U.S. Patent No. 9,548,775 (the "'775 Patent") (collectively, the "Asserted Claims"); that none of the Asserted Claims were invalid; and that Plaintiff Finesse Wireless, LLC ("Finesse") is owed a lump sum reasonable royalty of $166,303,391.00 for AT&T's infringement. (Dkt. No. 272.)

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the jury's unanimous verdict and the entirety of the record, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. AT&T has infringed all the Asserted Claims;

2. The Asserted Claims are not invalid;

3. Finesse is hereby awarded damages from and against AT&T and shall accordingly have and recover from AT&T the sum of $166,303,391.00 U.S. Dollars as a lump sum reasonable royalty for AT&T's infringement;

4. Pursuant to 35 U.S.C. § 284 and Supreme Court guidance that "prejudgment interest shall ordinarily be awarded absent some justification for withholding such an award,"[1] the Court awards to Finesse from AT&T pre-judgment interest applicable to all sums awarded herein, calculated at the 5-year U.S. Treasury Bill rate, compounded quarterly, from the date of infringement through the date of entry of this Judgment;[2] and

5. Pursuant to 28 U.S.C. § 1961, the Court awards to Finesse from AT&T post-judgment interest applicable to all sums awarded herein, at the statutory rate, from the date of entry of this Judgment until paid.

6. Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule CV-54, and 28 U.S.C. § 1920, Finesse is the prevailing party in this case and shall recover its costs from AT&T. Finesse is directed to file its proposed Bill of Costs.

All other requests for relief now pending and requested by either party but not specifically addressed herein are **DENIED**.

**So ORDERED and SIGNED this 8th day of February, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

---

[1] *General Motors Corp. v. Devex Corp.*, 461 U.S. 648, 657 (1983).
[2] *See Nickson Indus., Inc. v. Rol Mfg. Co., Ltd.*, 847 F.2d 795, 800–801 (Fed. Cir. 1988).