# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FINESSE WIRELESS, LLC | § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 2:21-CV-00316-JRG |
| | § | (Lead Case) |
| AT&T MOBILITY, LLC, AND | § § § § § | |
| Defendant, | § § | |
| | § | CASE NO. 2:21-CV-00317-JRG |
| NOKIA OF AMERICA CORP., AND | § § | (Member Case) |
| ERICSSON INC. | § § | |
| Intervenor-Defendant. | § § | |

## JOINT STIPULATION ON FINAL JUDGMENT

Plaintiff Finesse Wireless, LLC ("Finesse"), Defendant AT&T Mobility, LLC ("AT&T"), and Intervenor Nokia of America Corporation ("Nokia") through their respective counsel, have stipulated to the following and hereby agree that Finesse Wireless will not seek to execute on the Final Judgment entered in the case *Finesse Wireless, LLC v. AT&T Mobility, LLC, et al.*, 2:21-CV-00316-JRG-RSP (the "Final Judgment") until after all rights of appeal have been exhausted. As a result, AT&T Mobility will not be seeking a bond for the Final Judgment; however, in the event AT&T Mobility's financial condition materially degrades during the appeal of this case, Finesse Wireless may request in writing to AT&T with a copy to Baker Botts that AT&T obtain, and in response AT&T will obtain within 30 days of receiving Finesse Wireless's request, a bond for the Final Judgment.

Dated: March 8, 2023

By: */s/* Joseph S. Grinstein

Joseph S. Grinstein – Lead Counsel
Texas State Bar No. 24002188
jgrinstein@susmangodfrey.com
Shawn Blackburn
Texas State Bar No. 24089989
sblackburn@susmangodfrey.com
Meng Xi
California State Bar No. 280099
mxi@susmangodfrey.com
Megan E. Griffith
New York State Bar No. 5544309
mgriffith@susmangodfrey.com
Bryce T. Barcelo
Texas State Bar No. 24092081
bbarcelo@susmangodfrey.com
**Susman Godfrey LLP**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

S. Calvin Capshaw
Texas State Bar No. 03783900
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
Texas State Bar No. 05770585
ederieux@capshawlaw.com
**CAPSHAW DERIEUX LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone (903) 845-5770

T. John Ward, Jr.
Texas State Bar No. 00794818
jw@wsfirm.com
Andrea Fair
Texas State Bar No. 24078488
andrea@wsfirm.com
Chad Everingham
Texas State Bar No. 00787447
ce@wsfirm.com
**WARD, SMITH & HILL, PLLC**

By: */s/* Douglas M. Kubehl

Douglas M. Kubehl
State Bar Number 00796909
Email: doug.kubehl@bakerbotts.com
Jeffery Scott Becker
State Bar Number 24069354
Email: jeff.becker@bakerbotts.com
Baker Botts L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX 75201
Telephone: (214) 953-6500
Facsimile: (214) 661-6503

Brandon Chen
State Bar Number 24095814
Email: brandon.chen@bakerbotts.com
Baker Botts L.L.P.
910 Louisiana Street
Houston, TX 77002
Telephone: (713) 229-1234
Facsimile: (713) 229-2811

Deron R. Dacus
Texas Bar No. 00790553
**THE DACUS LAW FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1171
Fax: (903) 581-2543
Email: ddacus@dacusfirm.com

**ATTORNEYS FOR DEFENDANT AT&T MOBILITY LLC**

2

By:   */s/* David A. Nelson

Scott Cole (State Bar No. 00790481)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
201 West 5th Street 11th Floor
Austin, Texas 78701
(713) 221-7006
(737) 667-6110 (facsimile)
scottcole@quinnemanuel.com

David A. Nelson
Brianne M. Straka
Marc Kaplan (IL State Bar No. 6303652)
Rajat Khanna (IL State Bar No. 6317120)
Harrison B. Rose (IL State Bar No. 6327523)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
191 N. Wacker Dr., Suite 2700
Chicago, IL 60606
(312) 705-7400
(312) 705-7401 (Facsimile)
davenelson@quinnemanuel.com
briannestraka@quinnemanuel.com
marckaplan@quinnemanuel.com
rajatkhanna@quinnemanuel.com
harrisonrose@quinnemanuel.com

**ATTORNEYS FOR INTERVENOR NOKIA OF AMERICA CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record are being served this 8th day of March, 2023, with a copy of this document via CM/ECF.

           */s/ Douglas M. Kubehl*
           Douglas M. Kubehl