## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| FINESSE WIRELESS LLC | § |
| | § |
| v. | § CIVIL ACTION NO. 2:21-CV-00316-JRG-RSP |
| | § |
| AT&T MOBILITY LLC, et al | § |

### MOTION(s) HEARING MINUTES
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### May 19, 2023

**OPEN:** 9:00 AM                                             **ADJOURN:** 11:46 AM

ATTORNEYS FOR PLAINTIFF:        See attached:

ATTORNEYS FOR DEFENDANTS:       See attached:

LAW CLERK:                      Ryan Davies

COURT REPORTER:                 Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:               Kecia Clendening

| TIME | MINUTE ENTRY |
|---|---|
| 9:00 AM | Court opened. |
| 9:02 AM | Court called for announcements from counsel. |
| 9:04 AM | Court began hearing argument re: [293] Motion by Finesse to Amend the Judgment to State the Amount of Pre-Judgment Interest. Mrs. Fair presented arguments for Plaintiffs |
| 9:15 AM | Mr. Dacus presented argument for Defendant. |
| 9:23 AM | Court began hearing argument on [296] Motion by AT&T for Judgement as Matter of Law Regarding Damages. Mr. Dacus presented arguments for Defendants. |
| 9:39 AM | Rebuttal argument by Mrs. Fair for Plaintiffs. |
| 10:03 AM | Additional argument presented by Mr. Dacus for Defendants |
| 10:07 AM | Court heard arguments on [295] Motion for Judgment as Matter of Law Regarding Invalidity. Mr. Nelson argued on behalf of Defendants. Plaintiffs agreed to take up argument on the papers. |
| 10:08 AM | Court heard arguments re: [297] Motion for New Trial by Mr. Dacus. Mr. Dacus requested to take up the arguments on the papers. |
| 10:10 AM | Mr. Grinstein agreed to take up the arguments on the papers on behalf of the Plaintiffs. |
| 10:11 AM | The Court has agreed to take up the motion on the papers. |
| 10:11 AM | Recess. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:23 AM | Court Reconvened. |
| 10:23 AM | The Court heard arguments on [294] Motion for Judgment as a Matter of Law Regarding Noninfringement. Mr. Nelson argued on behalf on Defendants. |
| 10:50 AM | Additional argument provided by Brianne Straka.on behalf of the Defendants |
| 11:06 AM | Rebuttal argument by Mrs. Meg Griffith on behalf of the Plaintiffs. |
| 11:42 AM | Mr. Nelson, on behalf of the Defendants, offered additional rebuttal argument. |
| 11:44 AM | Ms. Straka offered additional rebuttal arguments on behalf of the Defendants. |
| 11:46 AM | Court takes matters under submission. |
| 11:46 AM | Court adjourned. |